UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS ACEVEDO,

                Plaintiff,

- against -

HARVARD MAINTENANCE CO.
and SERVETE DRAZTTI,

                Defendants.

20-cv-00721 (AJN)(KNF)

**NOTICE OF APPEARANCE OF JOHN F. FULLERTON III**

      **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above-captioned matter on behalf of Defendants Harvard Maintenance, Inc. and Servete Drazhi.[1]  It is requested that copies of all papers and communications in this matter be forwarded to the undersigned at the address provided below.

Dated: New York, New York
       May 4, 2020

                                              By:  *s/John F. Fullerton III*
                                                    John F. Fullerton III
                                                    Epstein, Becker & Green PC
                                                    875 Third Avenue
                                                    New York, NY 10022
                                                    (212) 351-4500
                                                    jfullerton@ebglaw.com

---

[1] Defendant Harvard Maintenance, Inc. is incorrectly referred to as Harvard Maintenance Co. in the Complaint and caption of this case.  Defendant Servete Drazhi's name is also misspelled as Draztti in the Complaint and caption of the case.