Case 1:20-cv-00721-AJN-KNF   Document 23   Filed 07/21/20   Page ...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcos Acevedo,

            Plaintiff,

   –v–

Harvard Maintenance Company, et al.,

           Defendants.

20-cv-721 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 8, 2020, the Court ordered that if Plaintiff either intended to file an amended complaint or an opposition to Defendants' motion to dismiss, he was to do so by June 26, 2020. Dkt. No. 19. As of this date, the Court has not received either an amended complaint or an opposition to Defendants' motion to dismiss. The Court is in receipt of defense counsel's declaration in further support of Defendants' motion to dismiss, which requests that the Court dismiss the case in its entirety with prejudice. Dkt. No. 21.

    IT IS ORDERED that Plaintiff shall serve his opposition to Defendants' motion to dismiss by August 20, 2020. Plaintiff's failure to serve his opposition to Defendants' motion to dismiss by that time may result in a dismissal of the case for failure to prosecute.

    Defendants' reply, if any, shall be served by September 3, 2020. At the time any reply is served, Defendants shall supply Chambers with a courtesy copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Foley Square, New York, New York.

    The Clerk's Office is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: July 21, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge