USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcos Acevedo,

               Plaintiff,

   –v–

Harvard Maintenance Company, et al.,

              Defendants.

20-cv-721 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 8, 2020, the Court ordered that if Plaintiff either intended to file an amended complaint or an opposition to Defendants' motion to dismiss, he was to do so by June 26, 2020. Dkt. No. 19. On July 21, 2020, the Court *sua sponte* extended Plaintiff's deadline to do so. As of the date of this Order, the Court has not received either an amended complaint or an opposition to Defendants' motion to dismiss. Dkt. No. 23.

    IT IS ORDERED that Plaintiff shall serve his opposition to Defendants' motion to dismiss by September 9, 2020. If the Court does not receive any opposition by that date, it will deem Defendants' motion unopposed. The Clerk's Office is directed to mail a copy of this order to Plaintiff and note service on the docket.

    SO ORDERED.

Dated: August 31, 2020
       New York, New York

                                            _____
                                            ALISON J. NATHAN
                                            United States District Judge