USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcos Acevedo,

            Plaintiff,

–v–

Harvard Maintenance Company, et al.,

            Defendants.

20-cv-721 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On May 4, 2020, Defendants filed a motion to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Dkt. Nos. 14–16. On May 8, 2020, the Court ordered that if the *pro se* Plaintiff intended either to file an amended complaint or an opposition to Defendants' motion to dismiss, he was to do so by June 26, 2020. Dkt. No. 19. On July 21, 2020, the Court *sua sponte* extended Plaintiff's deadline, giving him until August 20, 2020 to respond. Dkt. No. 23. On August 31, 2020, the Court again *sua sponte* extended Plaintiff's deadline to September 9, 2020. Dkt. No. 24. On September 9, 2020, the Court received a letter from the Plaintiff requesting an extension until March 3, 2021 to file a response. Dkt. No. 25.

Given the significant delay in this case, the Court will not grant the Plaintiff's requested extension, which would set the new deadline at over eight months after Defendants filed their motion to dismiss. Because of the special solicitude afforded to *pro se* litigants, however, the Court will nonetheless again extend Plaintiff's deadline to respond to Defendants' motion to dismiss in order to give him sufficient time to address Defendants' claims. Accordingly, it is

hereby ORDERED that Plaintiff shall serve his opposition to Defendants' motion to dismiss by no later than November 20, 2020.

If the Court does not receive any opposition by that date, it will deem Defendants' motion unopposed. The Clerk's Office is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 10, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge